# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SAM R. AERTKER

VERSUS

DRESSER, L.L.C., ET AL.

NO.   2026 CW 0582

**JUNE 30, 2026**

---

In Re:     Sam R. Aertker, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           702370.

---

**BEFORE:    MILLER, STROMBERG, AND EDWARDS, JJ.**

**WRIT DENIED.**

                         **SMM**
                         **TPS**
                         **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT